

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00628-CR

**EX PARTE** Jose **ANTONIO-SANTIAGO**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000720L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

Appellee's brief was due on February 13, 2023. However, appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. Appellee's brief is due on or before **March 6, 2023**.

**Further requests for extensions of time will be disfavored.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court